WINDSTARR REALTY, INC., and
RAYMOND FEILER d/b/a FEILER
GROUP REAL ESTATERS,

     Appellants,

v.

EDWARD FOSTER CLARK, as Personal
Representative of the Estate of Edward B.
Clark, EDWARD FOSTER CLARK,
Individually, and CELESTE CLARK,

     Appellees.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5447

Opinion filed July 25, 2014.

An appeal from the Circuit Court for Walton County.
W. Howard LaPorte, Judge.

Jane E. Kerrigan of Arnett & Kerrigan, PL, Miramar Beach, for Appellants.

Clay B. Adkinson of the Adkinson Law Firm, LLC, DeFuniak Springs, for Appellees.

PER CURIAM.

     AFFIRMED.

VAN NORTWICK, PADOVANO, and MARSTILLER, JJ., CONCUR.